UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05-13-2021

CLARA KIM, *et al*.,

                          Plaintiffs,

             v.                                    17-CV-8876 (RA)

                                                   <u>ORDER</u>
WICKED FASHIONS, INC., *et al*.,

                          Defendants.

RONNIE ABRAMS, United States District Judge:

On May 10, 2019, the Court granted Defendants' motion to compel arbitration and stayed the case pending resolution of the arbitration. *See* Dkt. 58. No later than May 27, 2021, the parties shall file a joint letter updating the Court on the status of this case, including whether it can now be closed.

SO ORDERED.

Dated:    May 13, 2021
          New York, New York

                                     _____
                                     RONNIE ABRAMS
                                     United States District Judge