UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/24/2021
```

| | |
|---|---|
| CLARA KIM, *et al.*, | |
| Plaintiffs, | 17-CV-8876 (RA) |
| v. | ORDER |
| WICKED FASHIONS, INC., *et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

On May 10, 2019, the Court granted Defendants' motion to compel arbitration and stayed the case pending resolution of the arbitration. *See* Dkt. 58. On May 28, 2021, the Court directed the parties to file a status update within one month of the completion of the arbitration proceedings. *See* Dkt. 60. To date, no such update has been filed. No later than December 8, 2021, the parties shall file a joint letter updating the Court on the status of the arbitration proceedings and informing the Court whether this case can now be closed.

SO ORDERED.

Dated:    November 24, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge