# Kimm Law Firm

| | | |
|---|---|---|
| 333 Sylvan Avenue, Suite 106 | | 295 Madison Avenue, 12th Floor |
| Englewood Cliffs, New Jersey 07632 | | New York, New York 10017 |
| Tel 201-569-2880 | **PLEASE REPLY TO** | Tel 917-477-8500 |
| Fax 201-569-2881 | **ENGLEWOOD CLIFFS** | Fax 201-569-2881 |

Writer's email: msk@kimmlaw.com

December 8, 2021

By ECF

Hon. Ronnie Abrams, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

    Re:  <u>Doe v. Wicked Fashions, Inc., 17-cv-8876 (RA)</u>

Dear Judge Abrams:

    This is the parties' joint status letter.

    The parties have selected an arbitrator and are awaiting next steps with AAA. Due to the pandemic-related limitations, even AAA has been delayed and there had been a gap of several months after our May 26, 2021, status report, as AAA apparently reassigned this matter to a new case administrator. We expect to confer with an assigned arbitrator soon and thereafter proceed with scheduling and hearing.

    We suggest that the Court consider placing this matter on "administratively terminated" status, subject to reopening for confirmation or other appropriate matter after arbitration has been held.

    Thank you for your consideration.

                                         Respectfully,

                                         <u>/s/ Michael Kimm</u>

                                         Michael S. Kimm

cc: Adam Katz, Esq., by ECF