UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARA KIM, *et al.*,

                     Plaintiffs,

        v.

WICKED FASHIONS, INC., *et al.*,

                     Defendants.

17-CV-8876 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 10, 2019, the Court granted Defendants' motion to compel arbitration and stayed the case pending resolution of the arbitration. *See* Dkt. 58. On December 9, 2021, the Court continued the stay based on the parties' report of delays in scheduling the arbitration and ordered the parties to file a status update within one month of the completion of arbitration proceedings. Given the time that has elapsed since the Court's December 9, 2021 Order, the parties shall file a joint letter no later than April 4, 2024 updating the Court on the status of the arbitration proceedings and informing the Court whether this case can now be closed.

SO ORDERED.

Dated:    March 21, 2024
             New York, New York

                                                                 Ronnie Abrams
                                                                 United States District Judge