UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLARA KIM, *et al.*, <br><br>      Plaintiffs, <br><br>   v. <br><br> WICKED FASHIONS, INC., *et al.*, <br><br>      Defendants. | 17-CV-8876 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  On March 28, 2024, the Court ordered the parties to file, no later than April 15, 2024, a joint letter regarding the status of settlement and informing the Court whether the case can now be closed or whether the stay can be lifted. *See* ECF No. 67. To date, no letter has been filed.

  The parties shall submit their joint letter no later than April 29, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  April 22, 2024
     New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge