UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARA KIM, *et al.*,

                Plaintiffs,

v.

WICKED FASHIONS, INC., *et al.*,

                Defendants.

No. 17-CV-8876 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 2, 2024, the Court ordered the parties to file, no later than December 6, 2024, a joint letter regarding the status of settlement and informing the Court whether the case can now be closed or whether the stay can be lifted. *See* ECF No. 72. To date, no letter has been filed.

    The parties shall submit their joint letter no later than January 24, 2025. Failure to do so may result in sanctions or dismissal of this action pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

SO ORDERED.

Dated:       January 17, 2025
               New York, New York

                                                          Hon. Ronnie Abrams
                                                          United States District Judge