UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARA KIM, *et al.*,

                Plaintiffs,

        v.

WICKED FASHIONS, INC., *et al.*,

                Defendants.

No. 17-CV-8876 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 10, 2019, the Court granted Defendants' motion to compel arbitration and stayed this action pending resolution of the arbitration. *See* ECF No. 58. On January 24, 2025, pursuant this Court's January 17, 2025 Order, the parties submitted a joint status letter, advising the Court that they "were in the process of winding down depositions," "expected to be done in early February," and anticipated that pre-hearing conference and hearing to occur "shortly thereafter," and requesting that the Court continue to stay this action until the hearing was held. ECF No. 74. The Court granted the parties' application and ordered them to file (1) a joint letter informing the Court of the anticipated hearing dates and (2) an additional letter with 48 hours of the hearing's completion or of any material developments in this case. To date, no letter has been filed.

Accordingly, the parties shall submit a joint letter no later than June 13, 2025, advising the Court as to the status of this case. Failure to do so may result in sanctions or dismissal of this action pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

SO ORDERED.

Dated:      June 9, 2025
              New York, New York

                                                          Ronnie Abrams
                                                            United States District Judge