UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARA KIM, *et al.*,

               Plaintiffs,

v.

WICKED FASHIONS, INC., *et al.*,

               Defendants.

No. 17-CV-8876 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On July 15, 2025, Plaintiffs advised the Court that Plaintiffs' counsel remains hospitalized. On July 16, 2025, the Court ordered Defendants to submit a letter by July 23, 2025, stating whether they consent to or oppose Plaintiffs' proposal to submit a joint letter to the Court after Plaintiffs' counsel is released from the hospital. To date, Defendants have not responded. Accordingly, Plaintiffs' application is granted.

SO ORDERED.

Dated:    July 31, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge