UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARA KIM, *et al.*,

                Plaintiffs,

v.

WICKED FASHIONS, INC., *et al.*,

                Defendants.

No. 17-CV-8876 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    On June 11, Plaintiffs advised the Court that its counsel had been hospitalized since May 29, 2025. Dkt. No. 77. On July 15, Plaintiffs further advised the Court that its counsel remained hospitalized as of that date. Dkt. No. 79. The Court continues to wish Mr. Kimm a swift recovery. The parties shall file a joint letter updating the Court as to the status of this case no later than October 17, 2025.

SO ORDERED.

Dated:     October 10, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge