UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARA KIM, *et al.*,

Plaintiffs,

v.

WICKED FASHIONS, INC., *et al.*,

Defendants.

No. 17-CV-8876 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 16, 2025, the parties advised the Court of some health issues facing Plaintiffs' counsel. Dkt. No. 83. No later than April 15, 2026, the parties shall file a joint letter updating the Court as to the status of this case.

SO ORDERED.

Dated:     April 8, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge