UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARA KIM, *et al.*,

Plaintiffs,

v.

WICKED FASHIONS, INC., *et al.*,

Defendants.

No. 17-CV-8876 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In a letter dated April 15, 2026, the parties informed the Court that they expected the arbitration underlying this case to conclude during the following month. No later than September 2, 2026, the parties are directed to submit a joint letter updating the Court on the status of this case, including whether it may be closed.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Ronnie Abrams
United States District Judge