UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLARA KIM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WICKED FASHIONS, INC., *et al.*,<br><br>Defendants. | 17-CV-8876 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 3, 2026, the Court ordered the parties to submit a status letter by October 5, 2026, updating the Court on the status of the case. Dkt. 89. To date, no letter has been filed.

The parties shall submit their joint letter no later than October 16, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 8, 2026
New York, New York

Ronnie Abrams
United States District Judge